SLIP OPINION

Cite as 2015 Ark. 27

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS BOARD OF LAW EXAMINERS | **Opinion Delivered** January 22, 2015 |

## PER CURIAM

Kathryn Lawson Griffin of Little Rock is appointed to the Board of Law Examiners for a six-year term concluding on January 22, 2021. Mrs. Griffin will be a representative of the Second Congressional District, and replaces Ernest Sanders whose term has concluded.

W. Lance Lee of Texarkana is appointed to the Board of Law Examiners for a six-year term concluding on January 22, 2021. Mr. Lee will be a representative of the Fourth Congressional District, and replaces Robert W. Schroeder III, who has resigned due to his confirmation by the United States Senate to serve as United States District Judge for the Eastern District of Texas.

The Court extends its sincere appreciation to Mrs. Griffin and Mr. Lee for accepting appointment to this important Board. The Court also expresses its gratitude to Mr. Sanders and Judge Schroeder for their dedicated service to the Board.